## THOMAS v. STATE.
### No. 15565.

Court of Criminal Appeals of Texas.
Oct. 19, 1932.

Cline & Cline, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### MORROW, P. J.

The conviction is for burglary of a private residence; penalty assessed at confinement in the penitentiary for a period of five years.

The appellant entered a plea of guilty and waived a jury.

There is found in the record an unverified statement of the appellant, signed by Charles Thomas and Cline & Cline, his attorneys, stat-

ing that the plea of guilty was due to the persuasion of the attorney who was appointed to represent him. The matter is not presented here by a statement of facts or otherwise, so that this court may be authorized to review the subject.

The judgment is affirmed.